JURY

U.S. District Court
Eastern District of Virginia (Richmond)

CIVIL DOCKET FOR CASE #: 04-CV-353

**04-81025**

Medkser, et al v. Feingold, et al
Assigned to: Judge Richard L. Williams
Demand: $21,094,000
Lead Docket: None
Dkt# in other court: None

Filed: 05/19/04
Jury demand: Plaintiff
Nature of Suit: 850
Jurisdiction: Federal Question

CIV-ZLOCH

Cause: 15:78m(a) Securities Exchange Act

MAGISTRATE JUDGE SNOW

FILED by ___ D.C.
INTAKE
NOV 0 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| Party | Attorney |
|---|---|
| THOMAS MEDKSER<br>plaintiff | Steven Scott Biss<br>[COR LD NTC]<br>PO Box 592<br>Richmond, VA 23219<br>(804) 643-2090 |
| THOMAS J. BLUM<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| T. H. HOLLOWAY<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| RICHARD BRINKMAN<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| W. MANOR LTD.<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| MILTON F. LANGER<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| CHARLES PHELPS<br>plaintiff | Steven Scott Biss<br>(See above)<br>[COR LD NTC] |
| WILLIAM E.N. PONSETI<br>plaintiff | Steven Scott Biss<br>(See above) |

cat/div  Dade/Palm Beach
Case # 9:04CV81025
Judge  Zloch  Mag  Snow
Motn Ifp _____  Fee pd $ _____
Receipt # _____

A TRUE COPY, TESTE:
CLERK, U.S. DISTRICT COURT
BY Carolyn McCracken
DEPUTY CLERK

Docket as of November 3, 2004 10:59 am                    Page 1

Proceedings include all events.
3:04cv353 Medkser, et al v. Feingold, et al                                JURY

                                [COR LD NTC]

CHRISTOPHER M. PONSETI          Steven Scott Biss
    plaintiff                   (See above)
                                [COR LD NTC]

JERRY S. REDD                   Steven Scott Biss
    plaintiff                   (See above)
                                [COR LD NTC]

CRAYTON R. WALKER               Steven Scott Biss
    plaintiff                   (See above)
                                [COR LD NTC]

   v.

DAVID J. FEINGOLD               David J. Feingold
    defendant                   [NTC] [PRO SE]
                                Feingold & Kam LLC
                                3300 PGA Blvd., Suite 410
                                Palm Beach, FL 33410
                                (561) 630-6727

DARREN SILVERMAN                Darren Silverman
    defendant                   [NTC] [PRO SE]
                                no address provided

KRISTIAN BASO
    defendant

PAUL SLOAN                      Paul Sloan
    defendant                   [NTC] [PRO SE]
                                4266 Higel Avenue
                                Sarasota, FL 34242
                                (941) 349-0880

Proceedings include all events.
3:04cv353 Medkser, et al v. Feingold, et al                                    JURY

| Date | # | Description |
|---|---|---|
| 5/19/04 | 1 | COMPLAINT   Filing Fee $ 150.00 Receipt # 73577; jury demand (cgar) [Entry date 05/20/04] |
| 5/19/04 | -- | Jury Trial Flag (cgar) [Entry date 05/20/04] |
| 6/21/04 | -- | SUMMONS(ES) issued for David J. Feingold, Darren Silverman, Kristian Baso, Paul Sloan; counsel called for pick-up (cmcc) |
| 7/12/04 | 2 | Certificate of Compliance of the Secretary of the Commonwealth as to Paul Sloan Answer due 8/2/04 for Paul Sloan (cmcc) |
| 7/12/04 | 3 | Certificate of Compliance of the Secretary of the Commonwealth as to David J. Feingold Answer due 8/2/04 for David J. Feingold (cmcc) |
| 8/2/04 | 4 | MOTION by David J. Feingold to Extend Time to Respond to the Complaint, an extension to August 20, 2004  (sketch order presented) (cmcc) |
| 8/3/04 | 5 | ORDER granting [4-1] motion by David J. Feingold to Extend Time to Respond to the Complaint, an extension to August 20, 2004  ( signed by Judge Richard L. Williams ) Copies Mailed: yes    [EOD Date: 8/3/04] (cmcc) |
| 8/16/04 | 6 | MOTION by plaintiffs for Entry of Default as to Paul Sloan (Affidavit attached) (cmcc) [Entry date 08/19/04] |
| 8/17/04 | 7 | MOTION with Memorandum in Support by David J. Feingold to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and/or in the Alternative Forum Non-Conveniens (cmcc) [Edit date 08/19/04] |
| 8/19/04 | 8 | CLERK'S ENTRY OF DEFAULT as to Paul Sloan (cmcc) |
| 8/23/04 | 9 | Certificate of Compliance of the Secretary of the Commonwealth as to Darren Silverman Answer due 9/13/04 for Darren Silverman (cmcc) |
| 8/23/04 | 10 | Certificate of Compliance of the Secretary of the Commonwealth as to Kristian Baso Answer due 9/13/04 for Kristian Baso (cmcc) |
| 9/3/04 | 11 | RESPONSE by Thomas Medkser, Thomas J. Blum, T. H. Holloway, Richard Brinkman, W. Manor Ltd., Milton F. Langer, Charles Phelps, William E.N. Ponseti, Christopher M. Ponseti, Jerry S. Redd, Crayton R. Walker  to [7-1] motion by David J. Feingold to Dismiss for Lack of Personal Jurisdiction, Improper Venue (cmcc) |
| 9/13/04 | 12 | MOTION with Memorandum in Support by Paul Sloan to Vacate Clerk's Default (cmcc) [Entry date 09/14/04] |

Proceedings include all events.
3:04cv353 Medkser, et al v. Feingold, et al                                    JURY

| Date | No. | Description |
|---|---|---|
| 9/14/04 | 13 | RESPONSE by Thomas Medkser, Thomas J. Blum, T. H. Holloway, Richard Brinkman, W. Manor Ltd., Milton F. Langer, Charles Phelps, William E.N. Ponseti, Christopher M. Ponseti, Jerry S. Redd, Crayton R. Walker to [12-1] motion by Paul Sloan to Vacate Clerk's Default (cmcc) |
| 9/16/04 | 14 | REPLY by David J. Feingold to response to [7-1] motion by David J. Feingold to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and/or in the Alternative Forum Non-Conveniens (cmcc) |
| 9/16/04 | 14 | NOTICE of Late Rebuttal Due to Hurricane Frances by David J. Feingold (cmcc) |
| 9/20/04 | 15 | ANSWER to Complaint by Darren Silverman (Pro Se) (cmcc) |
| 9/24/04 | 16 | REPLY by Paul Sloan to response to [12-1] motion by Paul Sloan to Vacate Clerk's Default (cmcc) |
| 10/5/04 | 17 | SCHEDULING ORDER setting Pretrial Conference for 9:20 11/9/04 ; ( signed by Judge Richard L. Williams ) Copies Mailed: yes (jpea) |
| 10/25/04 | 18 | MOTION with Memorandum in Support by David J. Feingold to Continue Pretrial Conference (cmcc) |
| 10/25/04 | 18 | MOTION with Memorandum in Support by David J. Feingold by David J. Feingold to Stay Discovery (cmcc) |
| 10/25/04 | 18 | MOTION with Memorandum in Support by David J. Feingold to Attend Hearings Via Telephone (cmcc) |
| 11/1/04 | 19 | RESPONSE by Thomas Medkser, Thomas J. Blum, T. H. Holloway, Richard Brinkman, W. Manor Ltd., Milton F. Langer, Charles Phelps, William E.N. Ponseti, Christopher M. Ponseti, Jerry S. Redd, Crayton R. Walker to [18-1] motion by David J. Feingold to Continue Pretrial Conference, [18-1] motion by David J. Feingold to Stay Discovery and [18-1] motion by David J. Feingold to Attend Hearings Via Telephone (walk) |
| 11/1/04 | 20 | MOTION by plaintiffs for Judgment on the Pleadings (cmcc) [Entry date 11/02/04] |
| 11/1/04 | 20 | MOTION by plaintiffs for Entry of Default as to David J. Feingold, Darren Silverman, Paul Sloan (cmcc) [Entry date 11/02/04] |

Proceedings include all events.
3:04cv353 Medkser, et al v. Feingold, et al                                JURY

| | | |
|---|---|---|
| 11/3/04 | 21 | ORDER granting in part, denying in part [7-1] motion by David J. Feingold to Dismiss for Lack of Personal Jurisdiction, Improper Venue, and/or in the Alternative Forum Non-Conveniens; the Court GRANTS the motion to transfer and the Clerk is DIRECTED to TERMINATE deft's [18-1] motion by David J. Feingold to Continue Pretrial Conference, [18-1] motion by David J. Feingold to Stay Discovery, [18-1] motion by David J. Feingold to Attend Hearings Via Telephone as MOOT; all other pending motions shall be resolved in the Southern District of Florida; the Court TRANSFERS this matter to the United States District Court for the Southern District of Florida ( signed by Judge Richard L. Williams ) Copies Mailed: yes   [EOD Date: 11/3/04] (cmcc) |
| 11/3/04 | -- | Original pleadings, etc., and certified copy of docket sheet and order transferring case to USDC, Southern District of Florida sent by UPS to Clerk's Office, USDC, 301 N. Miami Ave., Miami, FL 33128 (cmcc) |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE: 04-81025-CIV-ZLOCH

## ATTACHMENT TO DOCKET ENTRY: 2

# NOT SCANNED

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ STATE COURT RECORD (HABEAS CASES)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☑ PHOTOGRAPHS
- ☑ POOR QUALITY (i.e. hand written, legal size, light print, etc.)

# PLEASE REFER TO COURT FILE