UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-81025-CIV-ZLOCH

THOMAS MESKDER et al.,

       Plaintiffs,

vs.

**CONSENT FINAL JUDGMENT**

DAVID J. FEINGOLD et al.,

       Defendants,
_____/

    THIS MATTER is before the Court upon the Joint Motion For Final Judgment (DE 253) filed herein by all Parties. The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Final Judgment (DE 253) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff's Thomas Mesker et al., and against Defendant Darren Silverman;

    3. Plaintiffs Thomas Mesker et al. do have and recover $4,200,000.00, together with interest thereon at a rate of 0.30% per annum from the date of this Consent Final Judgment, in damages from Defendant Darren Silverman, for all of which let execution issue;

    4. As to Defendant David J. Feingold, Plaintiffs are hereby

awarded nothing, and shall take nothing forthwith, and it is hereby acknowledged that Plaintiffs shall recover zero dollars ($0) and the Plaintiffs have failed to prevail in this cause as to said Defendant; and

5. As to Defendant Paul Sloan, Plaintiffs are hereby awarded nothing, and shall take nothing forthwith, and it is hereby acknowledged that Plaintiffs shall recover zero dollars ($0) and the Plaintiff's claims against said Defendant have been dismissed in light of Paul Sloan's bankruptcy discharge; and

6. On or before <u>Noon</u> on <u>Friday, July 9, 2010</u>, the Court shall entertain a separate Motion for attorney's fees and costs which shall set forth the grounds for such an award and shall comply with Rule 7.3(A) of the Local Rules for the United States District Court for the Southern District of Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of June, 2010.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record